UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 15-2349 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GROUPO RIMAR, AKA SUAVINEX | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation of the Magistrate Judge, to the extent adopted, and having considered the entire record in this matter, including the written objections and responses to the Magistrate Judge's Report and Recommendation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's "Motion to Dismiss, or in the Alternative Rule 12(c) Motion for Judgment on the Pleadings" [Doc. No. 4] is GRANTED IN PART and DENIED IN PART. To the extent Defendant moves the Court to dismiss Plaintiff's claims on *res judicata* grounds, the motion is GRANTED. The motion is otherwise DENIED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 13th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE